

*Casie Walker*

Burnet County District Clerk
1701 East Polk Street, Suite 90
Burnet, Texas 78611-2757
Phone (512) 756-5450

July 17, 2015

Court of Appeals - Third District of Texas
via email - 3rdclerksandreporters@txcourts.gov

Re:     Court of Appeals Number: 03-15-00258-CR
        Trail Court Case Number: 42636

Style:  The State of Texas
        vs.
        Stephanie Maie Heintzlemann

        This letter is to request an extension of thirty (30) days to file the Clerk's record in the above-referenced cause.

Sincerely,

*Casie Walker*

Casie Walker
District Clerk